# CORRECTIVE LETTER TO THE CLERK

**ALBERT SEDGES**

*Plaintiff Pro Se*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

(Newark Vicinage)

**ALBERT SEDGES,**

*Plaintiff,*

v.

**STUART RABNER,**

*Defendant.*

**Civil Action No.: 2:26-cv-08597-ES-JBC**

**TO: Clerk of the Court, Newark Vicinage**

**RE: URGENT CORRECTION OF CASE CAPTION FOR ADS WEBFORM SUBMISSION (July 16, 2026)**

Dear Clerk of the Court,

This correspondence is submitted to formally correct a clerical error made on the administrative cover sheet during an ADS Webform submission earlier today, July 16, 2026, at approximately 7:06 AM.

The submission was successfully entered under the correct Case Number: **2:26-cv-08597-ES-JBC**. However, the case caption field on the webform was erroneously entered as "*Albert Sedges v. Michelle Smith, et al.*"

Please be advised of the following crucial corrections to ensure proper docketing:

1. **Correct Case Caption:** The correct case caption is **Albert Sedges v. Stuart Rabner**.

2. **Associated Action:** The submitted letter and its accompanying physical exhibits (the September 12, 2025 Forensic Analytical Transcript and the October 8, 2025 Forensic Analytical Transcript) belong exclusively to the **Sedges v. Rabner** docket (Civil Action No. 2:26-cv-08597-ES-JBC).

I respectfully request that the Clerk's Office apply these documents to the **Sedges v. Rabner** docket under the correct case number. I apologize for any administrative inconvenience this clerical oversight may have caused.

Thank you for your prompt assistance in updating the record.

Respectfully submitted,

Dated: July 16, 2026

By: _____

**ALBERT SEDGES**

*Plaintiff Pro Se*