**UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY (NEWARK VICINAGE)**

**ALBERT SEDGES,** Plaintiff, v. **STUART RABNER,** Defendant.

**Civil Action No.: 2:26-cv-08597-ES-JBC**

## TO: MELISSA E. RHOADS, ESQ., CLERK OF THE COURT

Plaintiff Albert Sedges, appearing *pro se*, submits this urgent demand directly to you, Clerk of the Court Melissa E. Rhoads, to immediately intervene and correct a severe administrative filing error committed by your staff.

1. On July 14, 2026, Plaintiff submitted a **Notice of Re-Filing of Missing Complaint Exhibits** (see attached prior filing). That prior submission was explicit, strenuous, and highly specific on its face.

2. That attached submission designated—without ambiguity—that the files belong strictly under this case: **Civil Action No.: 2:26-cv-08597-ES-JBC**.

3. Despite the extreme specificity documented in that attached letter, your office staff still misrouted the documents entirely and placed them into an incorrect case file.

4. The four (4) distinct forensic transcript certifications—specifically the **April, June, September, and October transcripts**—must be immediately extracted from the incorrect file by your staff and properly indexed under the correct docket for this active matter: **2:26-cv-08597-ES-JBC**.

## NOTICE OF INTENT TO ESCALATE TO THE THIRD CIRCUIT

As the attached filing demonstrates, your office was given unmistakable notice of where these records belonged. These transcripts are foundational to the active record, and this administrative failure directly compromises the integrity of Plaintiff's filings.

You are being addressed directly to straighten out your personnel and rectify this glaring misrouting error immediately. Plaintiff expects immediate satisfaction and complete correction of the docket record.

If you do not immediately ensure that these documents are placed under the correct case number, Plaintiff will have no choice but to immediately escalate this matter past your office by filing a formal administrative complaint directly with **Margaret A. Wiegand, Circuit Executive of the United States Court of Appeals for the Third Circuit** in Philadelphia to address this breakdown in standard district processing protocols.

You are directed to have your personnel correct this clerical error immediately.

Dated: July 17, 2026

Respectfully submitted,

**Albert Sedges** *Plaintiff Pro Se*

**ALBERT SEDGES**

241 South 10th Ave

Forsyth, MT 59327

Phone: (862) 683-6327

Email: sedges1@yahoo.com

*Plaintiff Pro Se*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

*(Newark Vicinage)*

| | |
|---|---|
| **ALBERT SEDGES**, | **Civil Action No.: 2:26-cv-08597-ES-JBC** |
| *Plaintiff,* | |
| v. | **NOTICE OF RE-FILING OF MISSING COMPLAINT EXHIBITS** |
| **STEWART RABNER**, | |
| *Defendant.* | |

## NOTICE OF RE-FILING OF MISSING EXHIBITS

### TO: Clerk of the Court, Newark Vicinage

Please take notice that Plaintiff Albert Sedges is hereby re-submitting the following key exhibits to be formally entered onto the docket in the above-captioned matter.

These items were originally submitted as part of the initial filing package on July 14, 2026, but appear to have been omitted from the active docket during the initial processing of the complaint:

1. **September 12, 2025 Forensic Analytical Transcript** (originally filed as Exhibit [insert exhibit letter/number, e.g., Exhibit A]).

2. **October 8, 2025 Forensic Analytical Transcript** (originally filed as Exhibit [insert exhibit letter/number, e.g., Exhibit B]).

As these transcripts contain critical evidentiary support for the underlying claims in this action, Plaintiff respectfully requests that the Clerk's Office update the record to ensure both of these exhibits are fully docketed and associated with the Complaint.

Respectfully submitted,

*Dated: July* **16** *2026*

By: _____

**ALBERT SEDGES**

*Plaintiff Pro Se*

**Activity in Case 2:25-cv-17354-ES-JBC SEDGES v. BARBATO Letter**

**Inbox**

Inbox

- Message 1 of 1. For JAWS, turn virtual PC Cursor on if needed.

  njdefiling@njd.uscourts.gov

  To: njdefiling@njd.uscourts.gov · Fri, Jul 17 at 2:26 PM

## Message Body

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of New Jersey [LIVE]

Notice of Electronic Filing

The following transaction was entered on 7/17/2026 at 4:25 PM EDT and filed on 7/13/2026
**Case Name:**        SEDGES v. BARBATO
**Case Number:**      2:25-cv-17354-ES-JBC
**Filer:**
**Document Number:** 72

**Docket Text:**
**Priority Supplemental Certification from ALBERT SEDGES. (Attachments: # (1) Certification, # (2) Certification, # (3) Certification) (Received via ADS) (mj)**

**2:25-cv-17354-ES-JBC Notice has been electronically mailed to:**

ALBERT SEDGES      sedges1@yahoo.com

KENNETH R. SCHUSTER , JR      kenneth.schuster@law.njoag.gov

**2:25-cv-17354-ES-JBC Notice has been sent by regular U.S. Mail:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1046708974 [Date=7/17/2026] [FileNumber=20926812-0] [b139750baf8b5b69b92993ced9453c4640e7c255dc079346a2cb9d228aefc6e32a7585e9d174a393f7d478e3e619a62a50923b507da6dc1160491a7b26c82959]]

**Document description:**Certification

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1046708974 [Date=7/17/2026] [FileNumber=20926812-1] [1035f7d90e3f339998c371702597ac205f8bf13ffbc6f180abda64da92d10004d732fde39459e5a03309f6133ccde0b59e612ccb086f9b8b6a1361ecc361d92d]]

**Document description:**Certification

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1046708974 [Date=7/17/2026] [FileNumber=20926812-2] [b1fb8004b54d1da19943ab481a7db36f8653dd15dc7341e788f9ba0a937509fd4f1134fa0535f12fb22082b436d5f7661d0680c3bcc2adbdb58f7f867852d50f]]

**Document description:**Certification

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1046708974 [Date=7/17/2026] [FileNumber=20926812-3] [66e6a0dd21502df1edc3661c1f2c12ded857644eda1cb074f5a15255c779c465ef6a4a26ff71633283dd14a27cc6c3de748635af0c6ecf9e2eea8e28f904e88a]]